# Court of Appeals
# of the State of Georgia

ATLANTA,  March 14, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1328. MIA SHERETT NEWELL v. THE STATE.**

A jury found Mia Sherett Newell guilty of two counts of theft by deception and one count of false reporting of a crime. Newell filed a motion for new trial, which the trial court denied on October 25, 2017. On November 28, 2017, Newell filed a notice of appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the order to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Because Newell filed her notice of appeal 34 days after entry of the trial court's order, her appeal is untimely. We thus lack jurisdiction to consider this appeal, which is hereby DISMISSED.[1]



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  03/14/2018
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] We note that Newell also sought an out-of-time appeal. The trial court denied her request, and that order is on appeal in Case Number A18A1329.